188 F.3d 1220 (10th Cir. 1999)
 ELIZABETH PERRY, Plaintiff-Appellant and Cross-Appellee,
v.
JUDY WOODWARD, individually and as the Bernalillo County Clerk and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BERNALILLO, Defendants-Appellees and Cross-Appellants.
 Nos. 97-2343, 98-2003
 UNITED STATES COURT OF APPEALS TENTH CIRCUIT
 August 27, 1999
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE AMENDED OPINION AT 199 F.3d 1126.